IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE O. ANSLEY, | : | CIVIL ACTION NO. 1:21-CV-528 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| SECRETARY JOHN E. WETZEL, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of March, 2022, upon consideration of defendants' partial motion (Doc. 23) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 23) is GRANTED as follows:

   a. The claims pursuant to 42 U.S.C. §§ 1981, 1985, and 1986, and the Equal Protection Clause are DISMISSED.

   b. The claim for monetary damages against the defendants in their official capacities is DISMISSED.

   c. The claims against defendants Ms. Shultz, Learn, Foulds, Wetzel, Marsh, McGinley, Burns, Urbanick, Kelley, Beesley, and Burd are DISMISSED. The Clerk of Court is directed to TERMINATE these individuals as defendants in this action.

2. The motion (Doc. 23) is DENIED as follows:

   a. The motion to dismiss the claims against defendants Brocca, Snedden, Weeks, and Long is DENIED.

   b. The motion to dismiss the defamation claim against defendants Dunn, Stavola, and Booher is DENIED.

3. Any appeal from this order is DEEMED frivolous and not taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

                      /S/ CHRISTOPHER C. CONNER
                      Christopher C. Conner
                      United States District Judge
                      Middle District of Pennsylvania